No. 16. ANDREW G. NELSON, INC., v. UNITED STATES ET AL., 355 U. S. 554;

No. 95. HOOVER MOTOR EXPRESS CO., INC., v. UNITED STATES, *ante,* p. 38;

No. 97. UNITED STATES v. R. F. BALL CONSTRUCTION CO., INC., ET AL., 355 U. S. 587;

No. 688. MILOM v. NEW YORK CENTRAL RAILROAD CO., 355 U. S. 953;

No. 712. STONE ET AL. v. McFARLIN ET AL., 355 U. S. 955; and

No. 720. COWLITZ TRIBE OF INDIANS v. CITY OF TACOMA, 355 U. S. 955. Petitions for rehearing denied.

No. 90. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. v. LOEW'S INC. ET AL., *ante,* p. 43. Rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

APRIL 28, 1958.

No. 18. CITY OF DETROIT ET AL. v. MURRAY CORPORATION OF AMERICA ET AL.; and

No. 36. CITY OF DETROIT ET AL. v. MURRAY CORPORATION OF AMERICA ET AL., 355 U. S. 489. The appellants in No. 18 and the petitioners in No. 36 are requested to file responses to the petitions for rehearings filed by the Murray Corporation and the Solicitor General within 15 days.

No. 343. AMERICAN MOTORS CORP. ET AL. v. CITY OF KENOSHA, *ante,* p. 21. The City of Kenosha is requested to file a response to the petition for rehearing in this case within 15 days.